UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LASHAWN L. TURNER-BEY,

                      Plaintiff,

    v.

GARRETT, et al.,

                      Defendants.

Case No.  3:21-cv-00007-MMD-WGC

ORDER

      This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On January 6, 2021, the Court issued an order directing Plaintiff to file an application to proceed *in forma pauperis* or pay the $402 filing fee by March 8, 2021. (ECF No. 3.) On March 15, 2021, having not received any response from Plaintiff, the Court dismissed the action without prejudice and closed this case. (ECF No. 5.)

      Plaintiff has now filed a notice of change of address requesting that all documents filed after March 1, 2021, be sent to his new address. (ECF No. 7.) As such, it appears that Plaintiff did not receive the Court's order dismissing this case without prejudice. The Court will resend Plaintiff the dismissal order. As this action was dismissed without prejudice, Plaintiff may pursue his claims by initiating a new civil rights case and filing a complaint and an application to proceed *in forma pauperis* in the new case.

      For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court send Plaintiff the dismissal order (ECF No. 5), as well as the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1), and the approved form application to proceed *in forma pauperis* by an inmate and the document entitled information and instructions for filing an *in forma pauperis* application.

DATED THIS <u>14th</u> day of April 2021.

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

1